FILED: August 17, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2419
(1:18-cv-03781-CCB)
_____

GLEN K. ALLEN

       Plaintiff - Appellant

v.

HEIDI BEIRICH; MARK POTOK; THE SOUTHERN POVERTY LAW CENTER, INC.

       Defendants - Appellees

-------------------------------

DEFEND LIFE, INC. OF MARYLAND; FITZGERALD GRIFFIN FOUNDATION; THE HON. LARRY PRATT; THE H.L. MENCKEN CLUB; PUBLIC ADVOCATE OF THE UNITED STATES, INC.

       Amici Supporting Appellant

_____

M A N D A T E
_____

The judgment of this court, entered July 12, 2021, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                                  */s/Patricia S. Connor, Clerk*